## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** TWA Inc Post Confirmation Estate  **Bank:** Citibank, N.A

**Bankruptcy Number:** 01-00056 (PJW)  **Account Number:** 3051-2162

**Date of Confirmation:** June 24, 2002  **Account Type:** Concentration

**Reporting Period:** Quarter Ending March 2004

| | |
|---|---:|
| **Beginning Cash Balance:** | $ 49,957,605 |
| **All receipts received by the debtor:** | |
| Cash - Miscellaneous Receipts: | 119,052 |
| Cash - Return of Prepaids & Security Deposits: | 98,193 |
| Collection of Accounts Receivable: | 1,177,868 |
| Proceeds from Litigation (settlement or otherwise): | 55,088 |
| Sale of Debtor's Assets: | |
| Capital Infusion pursuant to the Plan: | |
| **Total Cash Received:** | 1,450,201 |

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | (10,679,961) |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | (679,925) |
| All other disbursements made in the ordinary course: | (405,094) |
| **Total Disbursements:** | (11,764,980) |
| **Ending Cash Balance:** | $ 39,642,826 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**Date:** 6-21-04

_M. J. Lichty / Plan Administrator_

**Debtor:** TWA Inc Post Confirmation Estate
**Case Number:** 01-00056 (PJW)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT
### BALANCE SHEET

**Debtor's Name:** TWA Inc Post Confirmation Estate
**Bankruptcy Number:** 01-00056 (PJW)

| ASSETS | March 31, 2004 |
|---|---:|
| Cash (Unrestricted) | 32,867,400 |
| Cash (Restricted) | 6,775,426 |
| Accounts Receivable (Net) | 8,859,464 |
| Inventory | - |
| Prepaid Expenses | 622,176 |
| Other (Attachment A) | 2,073,531 |
| **Total Current Assets** | **51,197,997** |
| | |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | - |
| Prepayments on Flight Equipment | - |
| Furniture, Fixtures & Office Equipment | - |
| Leasehold Improvements | - |
| **Total Property & Equipment** | **0** |
| | |
| **Investments and Other Assets** | |
| Investments - Royal Ambassador Insurance Co. | 9,803,315 |
| Long Term Prepayments - Security Deposit on B767 | - |
| **Total Investments and Other Assets** | **9,803,315** |
| | |
| **TOTAL ASSETS** | **61,001,312** |
| | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 824,974 |
| Taxes Payable | - |
| Professional Fees | 231,815 |
| Due to Affilites & Insiders | - |
| **Total Postpetition Liabilities** | **1,056,789** |
| | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | |
| Secured Debt - Per Plan | - |
| Priority Debt - Per Plan | - |
| Unsecured Debt - Per Plan | - |
| **Total Prepetition Liabilities** | |
| **TOTAL LIABILITIES** | **1,056,789** |
| | |
| **EQUITY** | |
| Shareholders' Equity | 69,332,599 |
| Retained Earnings (Deficit) | (9,388,076) |
| **Total Equity (Deficit)** | **59,944,523** |
| **TOTAL LIABILITIES & OWNER'S Equity** | **61,001,312** |

Debtor's Name: TWA Inc Post Confirmation Estate
Bankruptcy Number:    01-00056 (PJW)

## OTHER CURRENT ASSETS

|  | March 31, 2004 |
|---|---:|
| DMB&B - Contingency Fund | 550,000 |
| State Street Bank - Hartford Surety Bond | 129,728 |
| French Tax Guarantee | 1,375,630 |
| Israeli Special Deposits | 18,170 |
| Equipment - Israel | 1 |
| Equipment - St. Louis | 1 |
| Equipment - Kansas City | 1 |
| Total Other Current Assets | 2,073,531 |