## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** TWA Inc Post Confirmation Estate  **Bank:** Citibank, N.A

**Bankruptcy Number:** 01-00056 (PJW)  **Account Number:** 3051-2162

**Date of Confirmation:** June 24, 2002  **Account Type:** Concentration

**Reporting Period:** Quarter Ending March 2011

| | |
|---|---:|
| **Beginning Cash Balance:** | $ 6,634,580 |
| All receipts received by the debtor: | |
| Cash - Miscellaneous Receipts: | 4,782 |
| Cash - Return of Prepaids & Security Deposits: | 0 |
| Collection of Accounts Receivable: | 0 |
| Proceeds from Litigation (settlement or otherwise): | 0 |
| Sale of Debtor's Assets: | 0 |
| Capital Infusion pursuant to the Plan: | 0 |
| **Total Cash Received:** | 4,782 |

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | (26,353) |
| All other disbursements made in the ordinary course: | (154,212) |
| **Total Disbursements:** | (180,565) |
| **Ending Cash Balance:** | $ 6,458,798 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7-1-2011

M. J. Lichty / Plan Administrator

**Debtor:** TWA Inc Post Confirmation Estate
**Case Number:** 01-00056 (PJW)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT
### BALANCE SHEET

Debtor's Name: TWA Inc Post Confirmation Estate
Bankruptcy Number: 01-00056 (PJW)

| ASSETS | March 31, 2011 |
|---|---:|
| Cash (Unrestricted) | 6,458,798 |
| Cash (Restricted) | - |
| Accounts Receivable (Net) | 29,437 |
| Inventory | - |
| Prepaid Expenses | 16,867 |
| Other (Attachment A) | 0 |
| Total Current Assets | 6,505,102 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | - |
| Prepayments on Flight Equipment | - |
| Furniture, Fixtures & Office Equipment | - |
| Leasehold Improvements | - |
| Total Property & Equipment | 0 |
| **Investments and Other Assets** | |
| Investments - Royal Ambassador Insurance Co. | 10,793,186 |
| Long Term Prepayments - Security Deposit on B767 | - |
| Total Investments and Other Assets | 10,793,186 |
| **TOTAL ASSETS** | 17,298,288 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 172,131 |
| Taxes Payable | - |
| Professional Fees | 5,946 |
| Due to Affilites & Insiders | - |
| **Total Postpetition Liabilities** | 178,077 |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | |
| Secured Debt - Per Plan | - |
| Priority Debt - Per Plan | - |
| Unsecured Debt - Per Plan | - |
| **Total Prepetition Liabilities** | - |
| **TOTAL LIABILITIES** | 178,077 |
| **EQUITY** | |
| Shareholders' Equity | 29,988,294 |
| Retained Earnings (Deficit) | (12,684,547) |
| Year to Date Earnings | (183,536) |
| Total Equity (Deficit) | 17,120,211 |
| **TOTAL LIABILITIES & OWNER'S Equity** | 17,298,288 |

Attachment A

Debtor's Name: TWA Inc Post Confirmation Estate
Bankruptcy Number: 01-00056 (PJW)

## OTHER CURRENT ASSETS

|  | March 31, 2011 |
|---|---:|
| State Street Bank - Hartford Surety Bond | 0 |
| Israeli Special Deposits | 0 |
| Total Other Current Assets | 0 |