## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: TWA Inc Post Confirmation Estate  
Bank: Citibank, N.A

Bankruptcy Number: 01-00056 (PJW)  
Account Number: 3051-2162

Date of Confirmation: June 24, 2002  
Account Type: Concentration

Reporting Period: Quarter Ending June 2011

| | |
|---|---:|
| Beginning Cash Balance: | $ 6,458,798 |
| All receipts received by the debtor: | |
| Cash - Miscellaneous Receipts: | 3,086 |
| Cash - Return of Prepaids & Security Deposits: | 0 |
| Collection of Accounts Receivable: | 0 |
| Proceeds from Litigation (settlement or otherwise): | 0 |
| Sale of Debtor's Assets: | 0 |
| Capital Infusion pursuant to the Plan: | 0 |
| Total Cash Received: | 3,086 |

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | (4,825) |
| All other disbursements made in the ordinary course: | (144,299) |
| Total Disbursements: | (149,125) |
| Ending Cash Balance: | $ 6,312,759 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 9/13/2011

M. J. Lichty / Plan Administrator

Debtor: TWA Inc Post Confirmation Estate  
Case Number: 01-00056 (PJW)

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT
### BALANCE SHEET

Debtor's Name: TWA Inc Post Confirmation Estate
Bankruptcy Number: 01-00056 (PJW)

| ASSETS | June 30, 2011 |
|---|---:|
| Cash (Unrestricted) | 6,312,760 |
| Cash (Restricted) | - |
| Accounts Receivable (Net) | 29,437 |
| Inventory | - |
| Prepaid Expenses | 13,252 |
| Other (Attachment A) | 0 |
| Total Current Assets | 6,355,448 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | - |
| Prepayments on Flight Equipment | - |
| Furniture, Fixtures & Office Equipment | - |
| Leasehold Improvements | - |
| Total Property & Equipment | 0 |
| **Investments and Other Assets** | |
| Investments - Royal Ambassador Insurance Co. | 10,811,090 |
| Long Term Prepayments - Security Deposit on B767 | - |
| Total Investments and Other Assets | 10,811,090 |
| **TOTAL ASSETS** | 17,166,539 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 173,756 |
| Taxes Payable | - |
| Professional Fees | 9,630 |
| Due to Affilites & Insiders | - |
| Total Postpetition Liabilities | 183,386 |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | |
| Secured Debt - Per Plan | - |
| Priority Debt - Per Plan | - |
| Unsecured Debt - Per Plan | - |
| Total Prepetition Liabilities | - |
| **TOTAL LIABILITIES** | 183,386 |
| **EQUITY** | |
| Shareholders' Equity | 29,988,294 |
| Retained Earnings (Deficit) | (12,684,547) |
| Year to Date Earnings | (320,594) |
| Total Equity (Deficit) | 16,983,153 |
| **TOTAL LIABILITIES & OWNER'S Equity** | 17,166,539 |

Debtor's Name: TWA Inc Post Confirmation Estate
Bankruptcy Number:  01-00056 (PJW)

## OTHER CURRENT ASSETS

|  | June 30, 2011 |
|---|---|
| State Street Bank - Hartford Surety Bond | 0 |
| Israeli Special Deposits | 0 |
| Total Other Current Assets | 0 |